BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00357-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SETTING FOR CHANGE OF PLEA AND VACATING TRIAL DATE; ORDER |
| v. | |
| RENEY BOUSANGOUANE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on September 16 and trial on October 8, 2013.  The parties have reached a plea agreement and would request converting the trial confirmation hearing to a change of plea hearing on September 16 at 10 a.m..

2. The parties stipulate to vacating the trial date of October 8.

////

////

////

1

IT IS SO STIPULATED.

DATED:	August 21, 2013.	Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:	August 21, 2013.

/s/ Carol Moses
CAROL MOSES
Counsel for Defendant Reney Bousangouane

**O R D E R**

IT IS SO ORDERED.

Dated:   August 26, 2013

SENIOR  DISTRICT  JUDGE

2