**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile:  (559) 513-8530

Attorney for Defendant,
RENEY BOUSANGOUANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00357-AWI-BAM |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| RENEY BOUSANGOUANE, | Date:  September 30, 2013<br>Time:  10:00 AM<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Change of Plea Hearing in the above captioned matter set for September 16, 2013, **be continued to September 30, 2013 at 10:00 A.M.**

Defense counsel was out of the country for a week and requests additional time to meet with her client to review the plea agreement.

///
///
///
///
///

STIPULATION RE: CONTINUANCE
AND [PROPOSED] ORDER                    1

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice, including but not limited to, the need for the period of time set forth herein
3  for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B).

4

5  Dated: September 11, 2013               /s/ Carol Ann Moses
                                           CAROL ANN MOSES
6                                          Attorney for Defendant
                                           RENEY BOUSANGOUANE
7
                                           BENJAMIN B. WAGNER
8                                          United States Attorney

9  Dated: September 11, 2013               /s/ Karen A Escobar
                                           KAREN A. ESCOBAR
10                                         Assistant United States Attorney

11

12

13                          **ORDER**

14  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
15  § 3161(h)(A)(B).
16  IT IS SO ORDERED.

17
    Dated:   September 11, 2013            _____
18                                             SENIOR  DISTRICT  JUDGE

19
20
21
22
23
24
25
26
27
28

STIPULATION RE: CONTINUANCE
AND [PROPOSED] ORDER                     2