**CAROL ANN MOSES**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant,
RENEY BOUSANGOUANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:11-cr-00357-AWI-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CHANGE OF PLEA TO OCTOBER 28, 2013; ORDER THEREON** |
| RENEY BOUSANGOUANE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Change of Plea Hearing in the above captioned matter set for October 21, 2013, **be continued to October 28, 2013, at 10:00 A.M.**  Defense counsel requests additional time due to an unavoidable scheduling conflict.

///
///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  October 2, 2013          /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 RENEY BOUSANGOUANE

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  October 2, 2013          /s/ Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated:   October 3, 2013          _____
                                  SENIOR  DISTRICT  JUDGE

STIPULATION TO CONTINUE
CHANGE OF PLEA TO
OCTOBER 28, 2013                                              2