BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00357 AWI |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| RENEY BOUASANGOUANE, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 13, 2014, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing to March 10, 2014, at 10:00 a.m.

DATED:       January 9, 2014.       Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

1

DATED:      January 9. 2014.      /s/ Carol Moses
                                   CAROL MOSES
                                   Counsel for Defendant Reney Bousangouane


**O R D E R**

IT IS SO ORDERED.

Dated:  __January 9, 2014__      _____
                                   SENIOR  DISTRICT  JUDGE