BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RENEY BOUASANGOUANE,<br><br>                    Defendant. | 1:11-CR-00357 AWI<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on March 10, 2014, at 10:00 a.m.

2.  By this stipulation, the parties now move to continue the sentencing to April 28, 2014, at 10:00 a.m.

DATED:     March 6, 2014.       Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant United States Attorney

1

1  DATED:        March 6, 2014.        /s/ Carol Moses
                                       CAROL MOSES
2                                      Counsel for Defendant Reney Bousangouane

3

4                                      **O R D E R**

5

6  IT IS SO ORDERED.

7  Dated:   March 6, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE

2